Case 4:21-cr-00197-BSM   Document 3   Filed 08/03/21   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2021

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00197 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ALLEN IVORY aka ALLEN IVORY III | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about January 7, 2020, the defendant,

ALLEN IVORY aka ALLEN IVORY III,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Domestic Battering in the Third Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-1961;

2. Failure to Appear on a Felony, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-3800; and

3. Possession of Firearms by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-19-542.

B. On or about January 7, 2020, in the Eastern District of Arkansas, the defendant,

ALLEN IVORY aka ALLEN IVORY III,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, .380 caliber pistol, bearing serial number 40676E, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, ALLEN IVORY, aka ALLEN IVORY III, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]